UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| Addam Holdorf, | ) |
| --- | --- |
| Plaintiff; | ) |
| v. | ) Case No. 5:25-cv-00791 |
| Credence Resource Management, LLC | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Credence Resource Management, LLC ("CRM"), through undersigned counsel, hereby removes this action from the Superior Court for Johnston County, North Carolina, to the United States District Court for the Eastern District of North Carolina. In support of this Notice of Removal, CRM states as follows:

1. On or about October 31, 2025, plaintiff, Addam Holdorf, filed a Complaint in the Superior Court for Johnston County, North Carolina, in a matter entitled and captioned *Addam Holdorf v. Credence Resource Management, LLC,* Case No. 25-CV-006742-500 (hereinafter the "State Court Complaint").

2. In the State Court Complaint, plaintiff alleges statutory causes of action against CRM under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 *et seq*. and the Fair Credit Reporting Act (FDCPA), 15 U.S.C. § 1692 *et seq*. In accordance with 28

U.S.C. § 1446(a), a true and correct copy of the State Court Complaint together with all process, pleadings and orders are attached hereto as **Exhibits A-1 – A-3**.

3. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. §1331 because the State Court Complaint alleges a cause of action arising under the laws of the United States. Specifically, because plaintiff alleges violations of the FCRA and the FDCPA, the State Court Complaint asserts a federal question under 28 U.S.C. §1441.

4. CRM was served with the State Court Complaint on November 25, 2025. The time within which CRM is required by 28 U.S.C. § 1446(b) to file this notice of removal has not yet expired. This Notice of Removal is timely, having been filed within 30 days of the date on which CRM was served with the State Court Complaint. *See* 28 U.S.C. §1446.

5. The Superior Court for Johnston County, North Carolina, is located within the United States District Court for the Eastern District of North Carolina. Therefore, venue for purposes of removal is proper because the United States District Court for the Eastern District of North Carolina embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

6. In accordance with 28 U.S.C. § 1446(d), written notice of this Notice of Removal is being concurrently provided to the for the Superior Court for Johnston County, North Carolina and a LR 5.3(a)(2) Notice of Compliance will be filed upon completion.

7. This Notice of Removal is being caused to be served on plaintiff.

WHEREFORE, CRM gives notice that this action is removed from the Superior Court for Johnston County, North Carolina to the United States District Court for the Eastern District of North Carolina.

Dated: December 5, 2025                Respectfully submitted,

*/s Brian D. Roth*
Brian D. Roth (18415)
Sessions Israel & Shartle
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
(504) 828-3700
broth@sessions.legal
Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that on December 5, 2025, a copy of the foregoing was filed via the Court's electronic case filing system. A copy of this filing was served on plaintiff as follows:

Addam Holdorf
250 Colson Ridge Drive
Clayton, NC 27520